[No. 10340–4–III.   Division Three.   February 5, 1991.]

THOMAS C. SUTTON, *Respondent,* v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89–2–00811–9, James M. Murphy, J., entered October 2, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.

[No. 13196–0–II.   Division Two.   February 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP CALFY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 115558R070, Nile E. Aubrey, J., entered September 7, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Morgan, JJ.

[No. 10508–3–III.   Division Three.   February 7, 1991.]

*In the Matter of the Welfare of* S.B.

CARLA B., *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–5–00078–8, Donald W. Schacht, J., entered December 4, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Shields, J.